UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA R. GOOD, | No. 2:24-cv-1501 AC P |
| Plaintiff, | |
| v. | ORDER AND FINDINGS & RECOMMENDATIONS |
| SHASTA COUNTY SHERIFF DEPT., | |
| Defendants. | |

By order filed June 13, 2024, the complaint was screened and found to not state a claim for relief. ECF No. 6. Plaintiff was given thirty days to file an amended complaint and cautioned that failure to do so would result in a recommendation that this action be dismissed. Id. at 7. Plaintiff then requested and was granted an extension of time to file an amended complaint. ECF Nos. 8, 10. The deadline to file an amended complaint has now passed, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Although it appears from the file that plaintiff's copy of the order was returned and that plaintiff has failed to comply with Local Rule 183(b),[1] plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to

---

[1] Local Rule 183(b) requires that a party appearing in propria persona inform the court of any address change and permits dismissal of the action for failure to prosecute when a party does not update their address within sixty-three days after mail directed to the party is returned by the postal service. Plaintiff's time for compliance has passed.

1

1    Local Rule 182(f), service of documents at the record address of the party is fully effective.

2         Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall randomly

3    assign a United States District Judge to this action

4         IT IS FURTHER RECOMMENDED that the complaint be dismissed for failure to state a

5    claim for the reasons set forth in the June 13, 2024 Screening Order (ECF No. 6).  <u>See</u> L.R. 110;

6    Fed. R. Civ. P. 41(b); 28 U.S.C. § 1915A.

7         These findings and recommendations are submitted to the United States District Judge

8    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

9    after being served with these findings and recommendations, plaintiff may file written objections

10   with the court and serve a copy on all parties.  Such a document should be captioned "Objections

11   to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file

12   objections within the specified time may waive the right to appeal the District Court's order.

13   <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

14   DATED: September 16, 2024

15                                                   _____

16                                                   ALLISON CLAIRE
                                                UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28