UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA R. GOOD, | No. 2:24-cv-1501 DJC AC P |
| Plaintiff, | |
| v. | ORDER |
| SHASTA COUNTY SHERIFF DEPARTMENT, | |
| Defendants. | |

    Plaintiff, proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On September 17, 2024, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 11.  Plaintiff has not filed objections to the findings and recommendations.

    Although it appears from the file that Plaintiff's copy of the findings and recommendations was returned, plaintiff was properly served.  It is the Plaintiff's responsibility to keep the Court apprised of his current address at all times.  Pursuant

1

to Local Rule 182(f), service of documents at the record address of the party is fully effective.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 11) are adopted in full.

2. The complaint is dismissed for failure to state a claim for the reasons set forth in the June 13, 2024 Screening Order (ECF No. 6).  *See* L.R. 110; Fed. R. Civ. P. 41(b); 28 U.S.C. § 1915A.

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 7, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE